IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

METLIFE HOME LOANS, A DIVISION
OF METLIFE BANK, N.A.,

    Plaintiff,

v.

                                                No. 12-cv-00675-DRH-SCW

SHAMIKA COLEMAN a/k/a SHAMIKA
MARIE COLEMAN a/k/a SHAMIKA M.
COLEMAN a/k/a SHAMIKA M. LIDDELL,
THE UNITED STATES OF AMERICA,
UNKNOWN OWNERS, and NON-RECORD
CLAIMANTS,

    Defendants.

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING THE SALE, EVICTION ORDER, AND ORDER FOR AN IN REM DEFICIENCY JUDGMENT

**HERNDON, District Judge:**

This matter is before the Court on Plaintiff's Motion for an Order Approving the Report of Sale and Distribution, Confirming the Sale, Eviction Order and Order for an IN REM Deficiency Judgment, in Plaintiff's suit to foreclose the mortgage against the following subject property:

> Legal Description:
> LOT 157 OF FINAL PLAT FOR WILLOW WALK SUBDIVISION, PHASE 1, BEING A SUBDIVISION IN PART OF THE SOUTHEAST QUARTER OF SECTION 5 AND THE NORTHEAST QUARTER OF SECTION 8, TOWNSHIP 1 NORTH, RANGE 8 WEST OF THE 3RD P.M., ST. CLAIR COUNTY, ILLINOIS; REFERENCE BEING HAD TO THE PLAT THEREOF RECORDED IN THE RECORDER'S OFFICE OF THE ST. CLAIR COUNTY, ILLINOIS, AS DOCUMENT NO. A01990157; AND AS AMENDED BY SURVEYOR'S AFFIDAVIT,

DATED AUGUST 17, 2006 AND RECORDED AUGUST 18, 2006 AS DOCUMENT A01996211.

EXCEPT THE COAL, OIL, GAS AND OTHER MINERALS UNDERLYING SAID PREMISES AND THE RIGHT TO MINE AND REMOVE THE SAME.

SITUATED IN ST. CLAIR COUNTY, ILLINOIS.

<u>Commonly known as</u>: 1708 ASHTON COURT
SWANSEA, IL 62226

<u>PIN(s)</u>: 08-08-0-208-037

That the subject property is single family residential home.

That the contact information for the holder of the Certificate of Sale is as follows:

| | |
|---|---|
| Holder of the Certificate of Sale: | METLIFE HOME LOANS, A DIVISION OF METLIFE BANK, N.A. |
| Name: | Gale G. Johnson |
| Address: | 4000 Horizon Way, Suite 100 Irving, TX 75063 |
| Telephone Number: | (214) 441-4628 |

That the Court upon review of the Selling Officer's Report of Sale and Distribution, finds as follows:

A. That the Sale and Distribution of Sale proceeds, was conducted in accordance with applicable law and the Judgment of Foreclosure and Sale;

B. The Notice of Sale, required in accordance with 735 ILCS 5/15-1507(c), has been given;

C. The terms of the Sale were conscionable;

D. The Sale was conducted without fraud; and

E. That Justice was done.

That the Court enters an order as follows:

1. That the Selling Officer's Report of Sale and Distribution is approved.
2. That the proceeds of the Sale are to be distributed in accordance with the Selling Officer's Report of Sale and Distribution.
3. That the mortgagee's fees and costs arising between the entry of the judgment of foreclosure and the confirmation hearing are approved.
4. That a surplus, if any, shall be held by the Selling Officer until further Order of Court.
5. That the Judicial Sale held on April 23, 2018 is confirmed.
6. Pursuant to 735 ILCS 5/15-1509, following entry of this Order and provided that full payment of the bid amount has been made, the Selling Officer upon request by the Certificate of Sale or its assign(s) shall execute and deliver to the holder of the Certificate of Sale or its assign(s) a deed sufficient to convey title to the subject property.
7. That the Deed issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Deed issued hereunder without any exemption stamps.
8. That the holder of the Certificate of Sale or its assign(s) is entitled to and shall be entitled to possession of the subject premises 30 days after entry of this Order, without further Order of Court, as provided by 735 ILCS 5/15-1701.
9. That 735 ILCS 5/9-117 is not applicable to this Order.
10. That the Sheriff of St. Clair County is directed to place holder of the Certificate of Sale or its assign(s) in possession of the premises commonly known as: 1708 ASHTON COURT, SWANSEA, IL 62226

11. That the Sheriff is further directed to evict and dispossess, SHAMIKA COLEMAN, from the premises commonly known as 1708 ASHTON COURT, SWANSEA, IL 62226.

12. That no occupants other than the individuals named in this Eviction Order may be evicted without a Supplemental Eviction Order or an order from the Forcible Entry and Detainer Court.

13. That there shall be an IN REM Deficiency Judgment entered in the amount of $194,665.17.

**IT IS SO ORDERED.**

Judge Herndon
2018.09.11
12:37:38 -05'00'

**United States District Judge**